January 09, 2009

Ms. Kelly Putney Rogers
Nunley Jolley Cluck Aelvoet, LLP
1580 South Main Street, Suite 200
Boerne, TX 78006-3308

Honorable Noe Gonzalez
370th District Court
100 N. Closner, 2nd Floor
Edinburg, TX 78539
Ms. Tracy Lynn Altman Spillman
Kittleman Thomas & Gonzales, LLP
P.O. Box 1416
McAllen, TX 78505

RE: Case Number: 08-0238
 Court of Appeals Number: 13-08-00052-CV
 Trial Court Number: C-409-05-G

Style: IN RE INTERNATIONAL PROFIT ASSOCIATES, INC.; INTERNATIONAL TAX
 ADVISORS, INC.; AND IPA ADVISORY AND INTERMEDIARY SERVICES, LLC

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Laura Hinojosa|
| | |
| |Ms. Dorian E. |
| |Ramirez |